# EXHIBIT 5



February 28, 2022

**<u>Via Email and Federal Express</u>**

Evel Zubiate
11911 Cross Winds Way
Suite 250
San Antonio, TX 78233

      Re:     One Hour Air Conditioning – Audit Demand

Dear Mr. Zubiate:

I am Legal Counsel with One Hour Air Conditioning ("OHAC"). I am writing with regards to the multiple emails you have received from Sundeep Kohli since July 2021. In those communications, Mr. Kohli informed you that OHAC intended to conduct an audit and requested certain documents from you. As of the date of this letter, OHAC has yet to receive any response from you.

As you are aware, OHAC has the right, via the franchise agreements entered between you and OHAC (the "Franchise Agreements"), to perform an audit of the franchised business. Section 9.4 of the Franchise Agreements states:

> One Hour, or its authorized agents and representatives, has the right during business hours, but without prior notice to Franchisee, to inspect the following operations and material to ascertain that Franchisee is operating the Franchised Business in accordance with the System and the terms of this Agreement: (A) all aspects of the operation of the Franchised Business at the Approved Location; (B) all Franchised Business Records; (C) Other Business Records (if any); and (D) all accounting and other records, books of account, tax returns and other documents and materials in the possession of or under the control of Franchisee relating to the Franchised Business, Franchisee, and/or the subject matter and terms of this Agreement, including, without limitation, all records of Franchisee required to be maintained under applicable law.

Your refusal to cooperate with the audit process is a breach of your obligations under the Franchise Agreement. If you do not respond to the audit letter by **<u>March 4, 2022</u>**, we will consider you in
7120 Samuel Morse Drive, Suite 300
Columbia, MD 21046
Telephone: (800) 746-0458
Fax: (281) 783-2203
www.onehourair.com



formal default of your Franchise Agreements and take such actions as may be necessary at that time.  We would, however, prefer to resolve this without the need for the formal default process.

This matter is serious, and your immediate attention is required.  This letter is sent without prejudice to any of OHAC's rights, all of which are hereby expressly reserved.

If you have any questions or would like to discuss this matter further feel free to contact me at jdiblassio@authoritybrandsllc.com or via phone at 410-423-6248.

Sincerely,

Justin M. DiBlassio
*Legal Counsel*

cc:     Mark Dawson, Chief Operating Officer
        Sundeep Kohli, Director of Finance and Audit