# EXHIBIT 7



Lathrop GPM LLP
lathropgpm.com

600 New Hampshire Avenue, N.W.
The Watergate – Suite 700
Washington, DC  20037
Main: 202.295.2200

**Robert L. Zisk**
Partner
robert.zisk@lathropgpm.com
202.295.2202

December 23, 2022

**VIA FEDERAL EXPRESS AND EMAIL – evelzubiate@yahoo.com**

Evel L. Zubiate
Zubie Air, Inc.
3918 Naco Perrin Boulevard
San Antonio, TX  78217

Evel L. Zubiate
Zubie Air, Inc.
9710 I-35 Frontage Road
San Antonio, TX  78233

Evel L. Zubiate
Zubie Air, Inc.
11911 Cross Winds Way
Suite 250
San Antonio, TX  78233

Evel L. Zubiate
Zubie Air, Inc.
13111 Lookout Ridge
San Antonio, TX  78233

      Re:    Notice of Default
              One Hour Air Conditioning
              OH0064, OH0329, OH0340

Dear Mr. Zubiate:

        This firm represents One Hour Air Conditioning Franchising, LLC.  We are contacting you to secure your compliance with the October 4, 2022 Default Notice that you received from One Hour, a copy of which is attached.  **If you do not comply, we will file a lawsuit against you to enforce your obligations under your Franchise Agreements**.

        As stated in the Default Notice, you failed to respond to an Audit Demand that you received in July 2021 and to a February 28, 2022 Notice from One Hour's legal counsel asking you to comply with that Demand.  As you were informed by those previous Notices, Section 9.4 of your Franchise Agreements states:

Evel L. Zubiate
December 23, 2022
Page 2

One Hour, or its authorized agents and representatives, has the right during business hours, but without prior notice to Franchisee, to inspect the following operations and material to ascertain that Franchisee is operating the Franchised Business in accordance with the System and the terms of this Agreement: (A) all aspects of the operation of the Franchised Business at the Approved Location; (B) all Franchised Business Records; (C) Other Business Records (if any); and (D) all accounting and other records, books of account, tax returns and other documents and materials in the possession of or under the control of Franchisee relating to the Franchised Business, Franchisee, and/or the subject matter and terms of this Agreement, including, without limitation, all records of Franchisee required to be maintained under applicable law.

Pursuant to Section 16.2(D) of the Franchise Agreements, One Hour's Default Notice gave you 30 days to cure your failure to produce these records, but you did not respond and certainly did not proffer a cure.  Although this gave One Hour the right to terminate your Franchise Agreements, you are being given one last chance to cure your default by producing all of the records identified in Sections 9.4(B), (C), and (D) for the years 2019 through 2022 within 10 days of your receipt of this Notice.  To make it easier to produce them, they may be transmitted electronically to **robert.zisk@lathropgpm.com**. Alternatively, they can be sent to **LathropGPM, Attn: Robert L. Zisk, 600 New Hampshire Avenue, N.W., The Watergate – Suite 700, Washington, DC 20037.**

We may ask you for additional documentation or information after the records identified above have been reviewed.  One Hour reserves all rights that it has under the Franchise Agreements, all prior Notices, and the law, including but not limited to its right to terminate the Franchise Agreements based on your failure to cure the Default identified in the above Notices. As stated above, One Hour will go to court to enforce the Agreements if you do not cure this default to its satisfaction.

Please feel free to contact me to discuss your compliance with this Notice.  Thank you for your anticipated cooperation.

Very truly yours,

Lathrop GPM LLP

Robert L. Zisk
Partner

RLZ:jdl