# EXHIBIT 8



Dear Mr Zubiate,

Below please find the initial request list for the audit of your franchise location. Please supply the following information for the period January 1, 2019-December 31, 2022. All files can be sent to adempsey@authoritybrandsllc.com.

1) General Ledger
   - Please include the following information when submitting the GL: GL Account, Sub Accounts, Date, Transaction Type, Num, Adj, Name, Description/Memo, Split, Amount, and Balance (e.g., QuickBooks) (Excel format)
   - Profit and Loss statement and Balance Sheet for the Franchised Business from your general ledger (e.g., QuickBooks) (Excel format)

2) Bank Statements & Credit Card Processing Statements
   - Monthly bank statements for all accounts for each bank account (including accounts closed during the Engagement Period) (PDF and/or Excel format)
   - 1099-k or Monthly processing statements for all credit card processing accounts, (including accounts closed during the Engagement Period) (PDF and/or Excel format)

3) Tax Documents
   - Complete copy of Franchisee's federal, state, and personal income tax returns and amendments submitted to the appropriate taxing authority (PDF format)
   - General Sales Tax (GST) returns submitted to your local tax authorities (PDF format)

4) Additional businesses & any other financial records
   - Additional records to support the review of accurate sales reporting (e.g., QuickBooks Deposit Detail Report, Service Titan Invoice Detail Report, Royalty Detail Report, non-revenue deposits, invoice register and other financial records)

Note this is an initial list, and additional information may be required as we continue to review the documentation. Please do not hesitate to contact me with any questions.

Regards,

Ashlee Dempsey
Vice President of Finance Operations

7120 Samuel Morse Drive, Suite 300, Columbia, MD 21046   |   Phone: (410) 740-1900   |   Fax: (410) 740-1906   |   www.theauthoritybrands.com

OUR BRANDS