IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**One Hour Air Conditioning Franchising SPE LLC,**
        Plaintiff          *

v.          *          Civil Case No.: ADC-23-CV-739

         *

**Zubie Air, Inc.**          *

And          *

**Evel L. Zubiate,**          *

         **Defendants**

******

## ORDER OF DEFAULT

It appearing from the records of Robert L. Zisk that the summons and Complaint were properly served upon Defendant Zubie Air, Inc. on March 23, 2023, and Defendant Evel L. Zubiate on March 29, 2023. The time for Defendant Zubie Air, Inc. to obtain counsel or otherwise defend expired on April 13, 2023; the time for Defendant Evel L. Zubiate to obtain counsel or otherwise defend expired on April 19, 2023, and that said Defendants have failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that the default for want of answer or other defense by said Defendants is entered this 21st day of April, 2023.

CATHERINE STAVLAS, CLERK

By: _____/s/_____
*R. Carrick*
*Deputy Clerk*