# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  | * |  |
|---|---|---|---|
| One Hour Air Conditioning Franchising SPE LLC |  | * |  |
|  | Plaintiff(s) | * |  |
|  |  | * |  |
|  | vs. | * | Civil Case No.: 1:23−cv−00739−ADC |
|  |  | * |  |
| Zubie Air, Inc., et al. |  | * |  |
|  | Defendant(s) | * |  |

## NOTICE OF DEFAULT

**To Zubie Air, Inc.:**

You are hereby notified that an order of default was entered against you in this Court on 4/21/2023. You have thirty (30) days from this date to file a motion to vacate the order of default. If you do not take action by this date, the Court will act promptly on any pending motions for entry of default judgment, which may result in a monetary judgment against you.

CATHERINE M. STAVLAS, CLERK

April 21, 2023                                                        By: <u>Russell Carrick</u>
Date                                                                Deputy Clerk